UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTWONE STOKES, | ) | NO. CV 21-8656-ODW (AGR) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| LOS ANGELES COUNTY SHERIFFS DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

On March 27, 2023, Plaintiff filed a request for 30-days extension of time to file a First Amended Complaint. (Dkt. No. 35.)

IT IS ORDERED as follows:

(1) Defendant LASD's motion to dismiss the complaint is granted with leave to amend;

(2) Defendant Mendoza's motion to dismiss the official capacity claims is granted with leave to amend;

     (3) Defendant Mendoza's motion to dismiss the individual capacity claims is denied; and

     (4) Plaintiff is granted leave to file a First Amended Complaint that cures the deficiencies in the claims against LASD and/or Defendant Mendoza in his official capacity within 30 days after entry of the District Court's order.  To be clear, the First Amended Complaint should re-allege all claims that Plaintiff wishes to assert in this action, including the individual capacity claims against Mendoza.

     If Plaintiff chooses to file a First Amended Complaint, it must be filed within 30 days after entry of this Order, it must bear the docket number assigned to this case, be labeled "First Amended Complaint," and be complete in and of itself without reference to the original complaint, attachment, pleading or other documents.

     The Clerk is DIRECTED to provide Plaintiff with a pro se civil rights packet.

     (5) Plaintiff's request for extension of time to file a First Amended Complaint, Dkt. No. 35, is denied as moot.

**Plaintiff is advised that if he fails to file a timely and corrected First Amended Complaint within 30 days after the entry of this order, this action may be dismissed.**

DATED:  April 3, 2023

                                               OTIS D. WRIGHT, II
                                               United States District Judge