# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:21-cv-08656-ODW (AGRx) | Date | June 2, 2023 |
|---|---|---|---|
| Title | *Antwone Stokes v. Los Angeles County Sheriffs Department et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

On April 3, 2023, the Court dismissed Plaintiff Antwone Stokes's complaint against Defendant Los Angeles County Sheriff's Department and his official capacity claims against Defendant Julian Garcia-Mendoza. (Order Re: Mots. Dismiss 2, ECF No. 37.) The Court granted Stokes leave to amend and advised that he must file a First Amended Complaint within 30 days after entry of the Court's order. (*Id.*)

Because Stokes has not filed a First Amended Complaint, the Court understands that the only claims that remain are those against Garcia-Mendoza in his individual capacity.

Additionally, the Court notes that Stokes failed to serve Defendant Levya in this matter because the U.S. Marshal was unable to locate Levya based on the information provided by Stokes. (Proofs of Service, ECF Nos. 15–16.) If Stokes fails to serve Levya within 30 days after entry of this order, the Court will dismiss Levya.

**IT IS SO ORDERED.**

| | : | 00 |
|---|---|---|
| | Initials of Preparer | SE |