UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:21-cv-08656-ODW (AGRx) | Date | July 23, 2024 |
|---|---|---|---|
| Title | Antwone Stokes v. Los Angeles County Sheriff's Department et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

On May 28, 2024 the Court granted Defendant's unopposed Motion to Dismiss, (Mot. Dismiss, ECF No. 63). (Order Granting Defs. Mot. Dismiss, ECF No. 73.) The Complaint, (Compl., ECF No. 1), was properly dismissed, and the Clerk of Court closed the case. *Id.*

On July 3, 2024 pro se plaintiff, Antwone Stokes, filed a Motion to file a Second Amended Complaint and requested updates on the withdrawal of his prior counsel, Mr. Jonathan D. Evans ("Mr. Evans"). (Mot. to File Second Amend. Compl., ECF No. 76.) On July 19, 2024, Stokes filed a Request for Clarification, inquiring on the status of the presently closed case. (Request, ECF No. 80.)

This case is closed and remains closed. **As such, the only proper course of action is to file a *new* lawsuit in the Central District of California**. Additionally, Mr. Evans successfully withdrew as counsel and no longer represents Stokes in this case. (Order Granting Withdrawal, ECF No. 75.) Stokes is a pro se litigant.

Accordingly, the Court **STRIKES** both the Motion to file a Second Amended Complaint, ECF No. 76), and the Request for Clarification, (ECF No. 80).

IT IS SO ORDERED.

:    00

Initials of Preparer    SE